United States District Court
for The Southern District of New York

United States of America
Plaintiffs

**MEMO ENDORSED**

Crim Case No. 11-CR-630 (KMK)

Dominick Pallano
Defendant

Defendant's Motion for An Order/Recommendation for A Year halfway house Under The Second Chance Act

Now Comes the defendant Dominick Pallano Pro se, and respectfully Moves this Honorable Court to Order or recommend A one year halfway house to the Federal Bureau of Prison, pursuant to the Second Chance Act of 2007. 18 U.S.C. § 3624 and § 3624 (c)(1),(2). The Federal Staff in authority, particularly The Unit Managers, Case Managers, Case Managers, CMC and Wardens are not complying with P.L. 110-199 governing the Enforcement of the Second Chance Act of 2007 and under 18 USC § 3624

This defendant has spent and will complete a 15 year sentence. He is institutionalized and homeless. The Federal Bureau of prison Staff in authority to Recommend the one year are not making those recommendation, and when they do they perform it in a discriminatory manner, the defendant moves this Court to make such Order and Recommendation under Public law 110-199 because this becomes a public interest to Assist individuals to re-enter Society.

Wherefore, the defendant prays this Court grants his Motion.

2/4/20

Dom Pillaro
Dominick Pallano, pro-se
Reg No 65604054
USP Lee
PO Box 305
Jonesvill VA 24263

CC:

Thank you.

The Government is to respond to this submission by 3/3/20.

So Ordered

2/13/20

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff

Dominick Pallano 65669054
US P Lee
PO Box 305
Jonsvill VA 24263

Legal Mail
JACKSONVILLE FL 322
05 FEB 2020 PM 2 L

Honorable Kenneth M. Karas
C/O Office of the Clerk
United State District Court
Southern District of New York
300 Quarropas Street
WP NY 10601

USPS FIRST CLASS

To: Honorable Kenneth M. Karas
From: Dominick Pallano   Case # No. 11-CR-630 (KMK)
Date: 2/4/20

      In Addition to my motion, I just wanted to state that I've been incarcerated for the pass (12) years. I've complete over (30) programs and (1) vocation. But under the circumstances of being in a United State Penitentiary where we are locked down inside our cells for 8 months out of a year and programs are little to none I worry on how equipped I am heading back to Society. I need help I don't have anything. And ill be homeless with no sense of direction on how to acquire housing for myself.

      I'm hoping to receive more halfway time to make my transition back to society successful. I know that society drastically change in the pass 12 years and I know I need help to become successful.

      Thank you for your time.
      Dominick Pallano.

RECEIVED FEB 11 2020 U.S.D.C. S.D.N.Y.