**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 28, 2020

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

### Re: United States v. Dominick Pallano, 11 Cr 630-32 (KMK)

Dear Judge Karas:

I am writing to notify the Court that, on February 25, 2020, I entered an appearance in the above-captioned matter on behalf of the United States. I understand that the Court ordered the Government to respond by March 3, 2020 to Mr. Pallano's motion for an order or recommendation that he be permitted to serve out the final year of his sentence in a halfway house pursuant to the Second Chance Act. Dkt. #1397, 1398.

The Government's current understanding is that, pursuant to 18 U.S.C. § 3621(b), this determination is solely within the discretion of the Bureau of Prisons ("BOP"), but would like to consult with certain personnel at the BOP's Northeast Regional Counsel on an appropriate response to Mr. Pallano's motion. I reached out to someone in that office on February 26, 2020. I learned today that that person has retired. I emailed others in that office earlier today, but have not yet received a response.

Accordingly, the Government respectfully requests an additional week to respond to the motion.

Granted-
So Ordered,
[signature]
3/3/20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: [signature]
Benjamin A. Gianforti
Assistant United States Attorney
(914) 993-1919